UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MINNIE WOOLFOLK, as the
Personal Representative
of the Estate of MILTON
WOOLFOLK, JR., deceased,

    Plaintiff,

vs.                              Case No. 3:05-cv-882-J-25HTS

COLUMBIA COUNTY, FLORIDA,
etc., et al.,

    Defendants.
_____

**O R D E R**

Upon consideration, this cause is hereby **TRANSFERRED** for all further magistrate proceedings to the Honorable Thomas E. Morris, United States Magistrate Judge, with his consent. The Clerk of the Court is directed to reassign the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of December, 2005.

                                      /s/       Howard T. Snyder
                                      HOWARD T. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Thomas E. Morris
United States Magistrate Judge

Counsel of Record
and *pro se* parties, if any